UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRAVELL ARMSTRONG,

    Plaintiff,

v.                                   Case No: 6:14-cv-1229-Orl-18DAB

STATE ATTORNEY,

    Defendant.

## ORDER

This case was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Plaintiff Travell Armstrong's Motion for Leave to Proceed in Forma Pauperis (Doc. 2). The Court having reviewed the Report and Recommendation (Doc. 6), and there being no objections filed to the Report and Recommendation (Doc. 6), it is hereby

**ORDERED** that the findings of fact and conclusions of law in the Report and Recommendation (Doc. 6) are hereby **APPROVED** and **ADOPTED**, and the recommendation is **APPROVED** and **ADOPTED in part**. Specifically, Plaintiff Travell Armstrong's Motion (Doc. 2) is **DENIED** and this case is **DISMISSED without prejudice**. Armstrong has **leave to file an amended complaint within fourteen (14) days** from the entry of this order. The Clerk of the Court is directed to **CLOSE** this case if Armstrong fails to file an amended complaint within the fourteen day period permitted by the Court.

**DONE AND ORDERED** at Orlando, Florida, this ___15___ day of September, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Party